IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SEAN W. HALL, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:25-cv-00503-P |
| | § | |
| RESURGENT CAPITAL SERVICES, L.P. and | § | |
| LVNV FUNDING, LLC | § | |
| Defendants. | § | |

ORDER G~~RANTING~~ [DENYING] DEFENDANTS' UNOPPOSED MOTION
FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL

Before the Court is Defendants Resurgent Capital Services, L.P. and LVNV Funding, LLC's, Unopposed Motion for Leave to Proceed Without Local Counsel ECF No. 13. Upon consideration, the Court finds that Defendants have shown good cause for relief from the requirement of LR 83.10(a) that its non-resident attorney show association with local counsel.

**IT IS THEREFORE ORDERED** that Defendants Resurgent Capital Services, L.P. and LVNV Funding, LLC's motion is hereby ~~GRANTED~~ [DENIED].

**IT IS SO ORDERED** this 11 day of June, 2025.

_____
Hon. Mark T. Pittman
United States District Judge